JANUARY 16, 1992

No. A–498. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* TERRAZAS ET AL. D. C. W. D. Tex. Application for stay pending ap-

peal, presented to JUSTICE SCALIA, and by him referred to the Court, denied.